UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

JAMES ERIC MCDONOUGH,

        Plaintiff,

v.

DAVID MATA, JOHN MONACO,
CARLOS GARCIA, GARLAND WRIGHT,
individually, and the CITY OF HOMESTEAD,
a political subdivision of the State of Florida,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants, David Mata, Carlos Garcia, Garland Wright, and the City of Homestead (collectively, "Defendants"), hereby remove this action from the Eleventh Judicial Circuit in and for Miami-Dade County to the United States District Court for the Southern District of Florida. Removal is based on federal question jurisdiction because a federal question appears on the face of the initial pleading served by Plaintiff, James Eric McDonough ("Plaintiff"), on the Defendants. In support of this Notice of Removal, the Defendants state as follows:

1. The Defendants are named in this civil action originally filed in the Eleventh Judicial Circuit in and for Miami-Dade County, Case No. 2019-008886-CA-01 ("Complaint"). This state court is located within the Southern District of Florida.

2. On April 16, 2019, Plaintiff served the Defendants, David Mata, Carlos Garcia, Garland Wright, and the City of Homestead with a copy of the Complaint. Thus, removal is timely pursuant to 28 U.S.C. § 1446(b).

3. A copy of the Complaint and all process served on Defendants thus far in this case are attached hereto as Composite Exhibit 1, pursuant to 28 U.S.C. § 1446(a). Defendants have not been served with any orders in this action, and other than the Complaint, no other pleadings were served upon Defendants.

4. Defendants are represented by undersigned counsel, and all served Defendants hereby consent to removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A), as represented herein and signed by counsel representing the Defendants. *See Mitsui Lines Ltd. v. CSX Intermodal Inc.*, 564 F. Supp. 2d 1357, 1360-1361 (S.D. Fla. 2008) (explaining "there must be some timely filed written indication from each served defendant, or from some person or entity purporting to formally act on its behalf in this respect and to have authority to do so, that it has actually consented to such action.") (quoting *Getty Oil Corp. v. Insurance Co. of N.A.,* 841 F.2d 1254, 1262 n.11 (5th Cir. 1988)).

5. Defendant, John Monaco has not been served as of the date of this notice.

## BASIS FOR JURISDICTION

6. Pursuant to 28 U.S.C. § 1331, this Court has original federal question jurisdiction over the Complaint in that the Plaintiff has asserted in Counts I, II, III, V, VII, and IX claims arising under 42 U.S.C. § 1983 and the First, Fourth, and Fourteenth Amendments. *See generally*, Complaint.

7. This Court has supplemental jurisdiction over the remaining claims for state law false arrest in Counts IV, VI, and VIII, pursuant to 28 U.S.C. §§ 1367, 1341.

## PROCEDURAL MATTERS

8. The City has tendered the filing fee of $400 to the Clerk of Court along with the

original of this Notice of Removal. The City has also filed a copy of this Notice of Removal in the state court action and a copy on all parties.

9. Venue is proper under 28 U.S.C. §1441(a) because the state court where the suit is pending is located in the Southern District of Florida.

10. A copy of the Notice of Removal is being contemporaneously filed with the Eleventh Judicial Circuit in and for Miami-Dade County, pursuant to 28 U.S.C. § 1446(d), and the Defendants are otherwise notifying the adverse party.

**WHEREFORE**, Defendants, David Mata, Carlos Garcia, Garland Wright, and the City of Homestead remove this action, now pending in the Eleventh Judicial Circuit in and for Miami-Dade County, to this Court, and respectfully request this Court to assume jurisdiction over this matter.

> WEISS SEROTA HELFMAN
> COLE & BIERMAN, P.L.
> *Counsel for Defendants, David Mata, Carlos Garcia, Garland Wright, and the City of Homestead*
> 200 E. Broward Blvd., Suite 1900
> Fort Lauderdale, FL 33301
> Telephone: (954) 763-4242
> Telecopier: (954) 764-7770
>
> By: */s/ Matthew H. Mandel*
>     MATTHEW H. MANDEL
>     Florida Bar No. 147303
>     mmandel@wsh-law.com
>     lbrewely@wsh-law.com
>     ANNE R. FLANIGAN
>     Florida Bar No. 113889
>     aflanigan@wsh-law.com (primary email)
>     pgrotto@wsh-law.com (secondary email)