UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-21986-CIV-MORENO**

JAMES ERIC MCDONOUGH,

    Plaintiff,

vs.

DAVID MATA, JOHN MONACO, CARLOS
GARCIA, GARLAND WRIGHT, individually,
and the CITY OF HOMESTEAD,,

    Defendants.
_____/

## ORDER DENYING MOTION TO COMPEL

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel **(D.E. 63)**, filed on **May 27, 2021**.

THE COURT has considered the motion, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to compel is DENIED. Plaintiff's motion seeks better answers to two different interrogatories. The first one asks Defendants to "state in detail why the words or actions of the Plaintiff that led to his arrest for disorderly conduct on August 24, 2016 were not protected by the First Amendment." Defendants object stating the interrogatory calls for a legal conclusion as to what conduct is or is not protected by the First Amendment. The second interrogatory asks the Defendants to "state in detail why the postings placed by Plaintiff on LEO affairs, which caused him to be arrested for cyberstalking, were not protected by the First Amendment." Again, the Defendant objects that the interrogatory calls for a legal conclusion. The Court agrees the motion to compel should be denied as to both requests because

2

whether or not the conduct falls under First Amendment protection is a legal conclusion. Also, the Plaintiff only raises a false arrest claim as to the September 1, 2016 cyberstalking arrest, and not a First Amendment claim. Therefore, Plaintiff's interrogatory seeks information that is not proportional to the needs of the case, as First Amendment protection is not relevant to this claim.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th of June 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record